# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR506 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| BRODY B. LOFTIN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion regarding a potential reduction in sentence under 18 U.S.C. § 3582(c)(2) (Filing No. 55). Defense counsel has been appointed and entered an appearance (Filing No. 57). The probation office has prepared a worksheet.

IT IS ORDERED that the parties must file a joint stipulation or separate briefs stating their positions on or before April 16, 2012.

DATED this 15th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge